UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI-DADE DIVISION

Olivia Lee, as surviving spouse and
Personal Representative of the Estate of Martavias Watkins

      Plaintiff,

vs.                                                                                    Case No.: 2021-12197-CA-01 (15)

Florida Department of Corrections, Centurion of Florida, LLC,
Paula Rojas, RN, Maritza Maderos RN, Marilyn C. Audain RN,
Elizabeth Joyce Carter ARNP, Paula Rosan Swasey, LPN,
Yaneisys Martin Rojas, RN, Carmen Dorce Exantus, LPN,
Inemesit Nyong Abia MD, Marta A. Castillo MD, Antonio Sergio Pino MD,
and Pierre Antoine Marceus MD.

      Defendants.
_____/

## NOTICE OF REMOVAL BY DEFENDANTS CENTURION OF FLORIDA, LLC, PAULA ROJAS, RN, MARITZA MADEROS, RN, MARILYN C. AUDAIN, RN, ELIZABETH JOYCE CARTER, ARNP, PAULA ROSAN SWASE, LPN, YANEISYS MARTIN ROJAS, RN, CARMEN DORCE EXANTUS, LPN, INEMESIT NYONG ABIA, MD, MARTA A. CASTILLO, MD, ANTONIO A. CASTILLO, MD, ANTONIO SERGIO PINO, MD, and PIERRE ANTOINE MARCEUS, MD.

Defendants, Centurion of Florida, LLC, Paula Rojas, RN, Maritza Maderos, RN, Marilyn C. Audain, RN, Elizabeth Joyce Carter, ARNP, Paula Rosan Swase, LPN, Yaneisys Martin Rojas, RN, Carmen Dorce Exantus, LPN, Inemesit Nyong Abia, MD, Marta A. Castillos, MD, Antonio A. Castillo, MD, Antonio Sergio Pino, MD and Pierre Antoine Marceus, MD, ("Defendants") give notice of the

removal to this Court of the case styled *Olivia Lee, as surviving spouse and Personal Representative of the Estate of Martavias Watkins v. Florida Department of Corrections, et. al.,* Case No. 2021-12197-CA-01, filed in the Eleventh Judicial Circuit Court in and for Miami-Dade County, Florida. This Court has subject matter jurisdiction under 28 U.S.C. § 1331 because Plaintiff's claims against Defendants arise under the United States Constitution and are asserted pursuant to 42 U.S.C. § 1983. Additionally, this Court has supplemental jurisdiction under 28 U.S.C. § 1367 because Plaintiff's state law claims derive from a common nucleus of operative facts: events related to Plaintiff's medical treatment while incarcerated at the South Florida Reception Center.

**I.     Background**

On May 24, 2021, Plaintiff Olivia Lee, as surviving spouse and Personal Representative of the Estate of Martavis Watkins ("Plaintiff"), filed her Complaint for Medical Negligence, Wrongful Death, and for Violation of Civil Rights Pursuant to 42 USC 1983 ("Complaint") with the Eleventh Judicial Circuit in and for Miami-Dade County, Florida. *See* Complaint attached hereto as **Exhibit A**. Plaintiff names as defendants the Florida Department of Corrections, Centurion of Florida, LLC, and eleven medical staff members at the South Florida Reception Center. The Complaint contains seven causes of action including causes of action for medical negligence resulting in wrongful death and a civil rights claim under 42 U.S. Code § 1983.

## II.  Grounds for Removal

### a.  Federal Question Jurisdiction under 28 U.S.C. § 1331

This Court has subject matter jurisdiction over this case under 28 U.S.C. § 1331 because Plaintiff's claims arise under the United States Constitution and federal law. *See* 28 U.S.C. § 1331 (United States District Courts have original subject matter jurisdiction for "all civil actions arising under the constitution, laws, or treaties of the United States."). In the Complaint, Plaintiff charges Defendants with violating his rights under the Eighth and Fourteenth Amendments to the United States Consitution. *Id*. at Counts II, VI, VII. Accordingly, this Court has federal question jurisdiction over this case under 28 U.S.C. § 1331.

### b.  Supplemental Jurisdiction under 28 U.S.C. § 1367

In the Complaint, Plaintiff also pleads state law claims, medical negligence resulting in wrongful death. This Court has supplemental jurisdiction under 28 U.S.C. § 1367 over Plaintiff's state law claims because the claims are so related to the claim over which this Court has federal question jurisdiction that it forms the same case or controversy and derives from a common nucleus of operative facts (i.e., events related to Plaintiff's medical treatment while incarcerated at the South Florida Reception Center). *See United Mine Workers of America v. Gibbs*, 383 U.S. 715, (1966); *see also* 28 U.S.C. § 1367(a) (in any action where the United States District Courts have original jurisdiction, the Courts "shall have supplemental jurisdiction over all other claims that are so related to claims in the

action with such original jurisdiction that they form part of the same case or controversy under Article III of the United States Constitution."). Accordingly, this Court has supplemental jurisdiction over Plaintiff's state law claims under 28 U.S.C. § 1367.

### III. Procedural Matters

#### a. Venue

Venue properly rests in the Miami-Dade division of the United States District Court for the Southern District of Florida because the lawsuit originated in the Circuit Court of the Eleventh Judicial Circuit in and for Miami-Dade County, Florida and Plaintiff alleges that the incident occurred at the South Florida Reception Center, which is located in Miami-Dade County, Florida. *See* 28 U.S.C. § 1441(a).

#### b. Pleadings and other papers

Attached to this Notice is Composite **Exhibit B**, which includes a copy of each paper filed, served, or docketed in the state court as of the date of this Notice of Removal. *See* 28 U.S.C. § 1446(a).

#### c. Notice of filing

Defendants will file a Notice of Filing Notice of Removal with the Clerk of the Court in the Circuit Court for the Eleventh Judicial Circuit in and for Miami-Dade County and will give written notice thereof to all parties. *See* 28 U.S.C. § 1446(d). *See* Notice of Filing Notice of Removal attached hereto as **Exhibit C**.

### d. Notice of removal is timely and all served Defendants consent to removal.

Defendant Centurion of Florida LLC ("Centurion") was served with original process on June 15, 2021, setting a deadline for removal of July 15, 2021. *See* 28 U.S.C. Section 1446(b)(1). Additionally, all remaining Defendants, except for Florida Department of Corrections, were served on June 18, 2021, setting a deadline for removal of July 19, 2021. Accordingly, all served Defendants timely filed their Notice of Removal. Given that the Florida Department of Corrections has not yet been served, its consent to removal is not required.[1] *See* 28. U.S.C.§ 1446 (requiring consent for removal of all defendants "who have been properly joined *and served* . . . ") (emphasis added).

WHEREFORE, Defendants respectfully request that this Court assume jurisdiction of the above-described action pursuant to 28 U.S.C. §§ 1331 and 1367.

---

[1] The state court docket includes a Return of Service for Miami-Dade County. However, Miami-Dade County is not a named defendant in this case, and it is entirely separate and distinct from the Florida Department of Corrections.

Respectfully submitted,

*s/ Justin M. Guido*
FRANCIS H. SHEPPARD
Florida Bar No.: 0442290
E-mail:  fsheppard@rumberger.com
           docketingorlando@rumberger.com and
           fsheppardsecy@rumberger.com
JUSTIN M. GUIDO
Florida Bar No.: 109106
E-mail: jguido@rumberger.com
           docketingmiami@rumberger.com and
           jguidosecy@rumberger.com
RUMBERGER, KIRK, & CALDWELL, P.A.
300 South Orange Avenue, Suite 1400
Orlando, Florida 32801
Tel: 407.872.7300
Fax: 407.841.2133

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 2, 2021, I electronically filed the foregoing with the Clerk of Court by using CM/ECF system. A copy of the foregoing has been furnished by email to:

| | |
|---|---|
| Mastafa H. Dandashly, Esq.<br>Judd G. Rosen, Esq.<br>Brett M. Rosen, Esq.<br>GOLDBERG & ROSEN, P.A.<br>Counsel for Plaintiff<br>2 South Biscayne Blvd, Suite 3650<br>Miami, Florida 33131<br>Tel: (305) 374-4200<br>Fax: (305) 374-8024<br>pleadings@goldbergandrosen.com<br>mdandashly@goldbergandrosen.com<br><br>*Attorneys for Plaintiff* | |

*s/ Justin M. Guido*
FRANCIS H. SHEPPARD
Florida Bar No.:  0442290
E-mail:  fsheppard@rumberger.com
           docketingorlando@rumberger.com and
           fsheppardsecy@rumberger.com
JUSTIN M. GUIDO
Florida Bar No.: 109106
E-mail:  jguido@rumberger.com
           docketingmiami@rumberger.com and
           jguidosecy@rumberger.com
RUMBERGER, KIRK, & CALDWELL, P.A.
A Professional Association
300 South Orange Avenue
Suite 1400
Orlando, Florida 32801
Tel:  407.872.7300
Fax:  407.841.2133

*Attorneys for Defendants*